# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DANIEL THOMAS GIRALDI | Case No: 22-CR-0143-GKF<br>USM No: 97679-509 |
| Date of Original Judgment: 10/27/2023<br>Date of Previous Amended Judgment: | Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   30 months   **is reduced to**   24 months

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Amendment 821 Part B provides a two-level downward adjustment pursuant to USSG §4C1.1, for certain zero-point offenders. The Court finds that defendant meets said criteria and plaintiff has no objection to a reduction. At the original sentencing, based upon a Total Offense Level of 17 and Criminal History Category of I, defendant's guideline range was 24 to 30 months and the Court imposed concurrent sentences of 30-months, as to each of Counts One and Fourteen through Seventeen of the Superseding Indictment. Pursuant to USSG §1B1.10(b), the Court will reduce the previously imposed sentence by 2 levels pursuant to Amendment 821 Part B, to a total offense level of 15, resulting in an amended range of 18 to 24 months. The Court will impose a sentence at the upper end of the amended range.

**IT IS THEREFORE ORDERED** that defendant's sentence is reduced to **24 months**, as to each of Counts One and Fourteen through Seventeen of the Superseding Indictment. Said counts shall run concurrently, each with the other.

Except as otherwise provided, all provisions of the judgment dated   10/27/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/02/2024                                 *Judge's signature*

Effective Date:   02/01/2024                             Gregory K. Frizzell, United States District Judge
*(if different from order date)*                          *Printed name and title*